UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEIONTAE RENARD BAILEY,

    Plaintiff,

v.                                          Case No. 3:25cv569-LC-HTC

RICKY DIXON, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 23, 2025 (ECF No. 10), recommending that Plaintiff's case be dismissed under 28 U.S.C. § 1915(g) and for Plaintiff's failure to truthfully disclose his litigation history. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Mail to the plaintiff was returned as undeliverable as plaintiff is deceased.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who failed to pay the filing fee and is not under imminent danger of serious physical injury; and for Plaintiff's failure to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 26th day of August, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv569-LC-HTC